UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EUGENE SCALIA, Secretary of Labor,
United States Department of Labor,

Plaintiff,[1]

v.

BELECO, INC. d/b/a PIZZA PEDDLER;
CONCO, INC. d/b/a PIZZA PEDDLER; and
PETRO BELEZOS,

Defendants.

Civil Action No. 20-cv-10044-DJC

## SECRETARY OF LABOR'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Secretary of Labor, United States Department of Labor (the "Secretary"), moves

for summary judgment to recover unpaid overtime compensation and federal minimum wages

that Defendants have denied to their workers, as well as an equal amount in liquidated damages.

Defendants Beleco, Inc., Conco, Inc. (collectively, the "Restaurants"), and their owner

Defendant Petro Belezos, have willfully failed to pay their employees the wages required by the

Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (the "FLSA").

Based on the undisputed facts regarding Defendants' failure to properly compensate their

employees and maintain required records under the FLSA, the Secretary requests that the Court

grant his Motion for Summary Judgment. Defendants have admitted that their employees worked

overtime hours, that they failed to pay those employees the overtime premium required by the

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Secretary of Labor
Martin J. Walsh is automatically substituted as the proper Plaintiff in this case. For ease of
reference, the Secretary and his pertinent predecessors will be referred to herein as the
"Secretary."

1

FLSA, and that they failed to pay one employee any wages at all. Accordingly, the Secretary is entitled to judgment as a matter of law on Defendants' violations of the minimum wage and overtime provisions of the FLSA.

In addition to summary judgment on the overtime and minimum wage violations, the Secretary seeks summary judgment on: (1) the amount of overtime compensation and minimum wages Defendants owe their employees for those violations, which totals $153,852.43;[2] (2) Defendants' liability for $153,852.43 in liquidated damages, an amount equal to the back wages due, as Defendants have deprived their employees of the time value of the employees' money; (3) the willful nature of Defendants' violations of the FLSA; and (4) Defendants' FLSA recordkeeping violations. In addition, the Secretary requests that the Court enjoin Defendants from violating the FLSA in the future.

The undersigned counsel for the Secretary certifies that he has contacted Defendants' counsel to confer regarding this motion, as required by Local Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts. Defendants' counsel has informed the Secretary that Defendants will oppose the motion.

Respectfully submitted,

Post Office Address:
Office of the Solicitor
J.F.K. Federal Building
Room E-375
Boston, MA 02203
Tel. (617) 565-2500
Fax (617) 565-2142

Elena S. Goldstein
Acting Solicitor

Maia S. Fisher
Regional Solicitor

Mark A. Pedulla
Counsel for Wage and Hour

*/s/ R. Peter Nessen*
R. Peter Nessen

---

[2] The time periods for which these back wages are due are July 30, 2016 through July 29, 2018 for employees who worked for Beleco, Inc., and August 26, 2016 through August 25, 2018 for employees who worked for Conco, Inc.

2

Senior Trial Attorney
IL Bar No. 6243568
United States Department of Labor
Attorneys for Plaintiff

Date: May 7, 2021

**CERTIFICATE OF SERVICE**

I hereby certify this document, filed through the ECF system on May 7, 2021, shall be

sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/ R. Peter Nessen*
U.S. Department of Labor
Office of the Regional Solicitor
JFK Federal Building
Room E-375
Boston, MA  02203
IL Bar No. 6243568

3